**EXHIBIT "B"**

| | |
|---|---|
| **From:** | Lauren Hausman |
| **To:** | homedelivery@patriotfinefoods.net |
| **Cc:** | Daniel DeSouza; James D"Loughy; Hali Thomas; Denise Sosa |
| **Subject:** | Prepared Food Photos v Patriot Fine Foods - Post Judgment Discovery Requests |
| **Date:** | Friday, June 10, 2022 11:11:00 AM |

Dear Mr. Cacace,

I hope you are well. Patriot Fine Foods was sent post judgement discovery requests via FedEx on **May 16, 2022**.  The responses are due within thirty (30) days of the date of service of those requests. As the deadline is approaching, I wanted to follow up. Can you please advise on their status? Thank you.

Sincerely,



**Lauren Hausman**
Associate

Copycat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E**
lauren@copycatlegal.com
www.copycatlegal.com

