UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82129-CV-MIDDLEBROOKS

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.

PATRIOT FINE FOODS, LLC,

    Defendant.

_____/

## ORDER IMPOSING CIVIL CONTEMPT SANCTION

THIS CAUSE is before the Court *sua sponte*. On January 24, 2023, I entered an Order to Show Cause why Defendant should not be held in civil contempt for failure to comply with an Order Granting a Motion to Compel Discovery in Aid of Execution of Judgment. (DE 23; DE 25). I ordered Defendant to show cause, in writing, on or by January 31, 2023. To date, Defendant has failed to do so.

On June 1, 2023, I set a hearing on the order to show cause why Defendant should not be held in civil contempt. (DE 28). The hearing was held, and Defendant failed to appear.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant PATRIOT FOOD LLC, is held in **CIVIL CONTEMPT** for failing to comply with Plaintiff's subpoenas, the Court's Order on Motion to Compel (DE 23), the Court's Order to Show Cause (DE 25), and for failing to make an appearance at the June 1, 2023 civil contempt hearing.

2. Defendant PATRIOT FOOD LLC is ordered to pay **$1,750** in attorneys' fees and costs to Plaintiff PREPARED FOOD PHOTOS, INC., in addition to the $26,001 the Final Default Judgment obligates (DE 16).

3. The Clerk of Court is **DIRECTED** to **MAIL** a copy of this order to Defendant at: 16 Quincy Place, Kearny, NJ 07032.

**SIGNED** in Chambers at West Palm Beach, Florida, this _16_ day of June, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record